IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON LEOPOLD,** | ) |
| | ) |
| **BLOOMBERG L.P.,** | ) |
| 731 Lexington Ave | ) |
| New York, NY 10022 | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **CENTRAL INTELLIGENCE AGENCY,** | ) |
| Office of Public Affairs | ) |
| Washington, DC 20505 | ) |
| | ) |
| **Defendant.** | ) |

## COMPLAINT

1. Plaintiffs JASON LEOPOLD and BLOOMBERG L.P. bring this suit to compel Defendant CENTRAL INTELLIGENCE AGENCY to discharge its obligations under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), including by conducting a reasonable search, issuing a determination, and producing final audits and final reports of investigations conducted by the CIA Office of Inspector General.

## PARTIES

2. Plaintiff JASON LEOPOLD is an investigative reporter at Bloomberg News and is one of the FOIA requesters in this case.

3. Plaintiff BLOOMBERG L.P. is the owner and operator of Bloomberg News. Bloomberg's newsroom of more than 2,700 journalists and analysts delivers thousands of stories a day, producing content that is featured across multiple platforms, including digital, TV, radio,

streaming video, print, and live events.  BLOOMBERG L.P. is one of the FOIA requesters in this case.

4. Defendant CENTRAL INTELLIGENCE AGENCY ("CIA") is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

5. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court.  *See* 28 U.S.C. § 1331.

6. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## AUGUST 25, 2025 FOIA REQUEST TO CIA

7. On August 25, 2025, Plaintiffs submitted a FOIA request to CIA seeking the following records:

> 1. All final audits and final reports of investigation, which includes the closing memorandum, referral letter and any recommended action, from the CIA Office of Inspector General. To be clear, I request the full final reports of investigation and the full audits.  The date range for this request is Jan. 20, 2025 through the date the search for responsive records is conducted.

8. A true and correct copy of the FOIA request is attached as Exhibit 1.

9. On September 17, 2025, CIA acknowledged receipt of the FOIA request and assigned reference number F-2025-03164 to the matter.

10. A true and correct copy of the acknowledgement letter is attached as Exhibit 2.

11. CIA did not send any further correspondence to Plaintiffs regarding this request.

12. As of the date of this filing, CIA has not issued a determination on Plaintiffs' request.

13. As of the date of this filing, CIA has failed to make any responsive records promptly available to Plaintiffs.

## COUNT I – CIA'S FOIA VIOLATION

14. Paragraphs 1-13 are incorporated by reference.

15. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

16. Defendant CIA is a federal agency subject to FOIA.

17. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

18. Defendant CIA has failed to conduct a reasonable search for records responsive to the request.

19. Defendant CIA has failed to issue a determination within the statutory deadline.

20. Defendant CIA has failed to produce records responsive to the request.

**WHEREFORE**, Plaintiffs ask the Court to:

i. declare that Defendant has violated FOIA;

ii. order Defendant to conduct a reasonable search for records and to produce the requested records promptly;

iii. enjoin Defendant from withholding non-exempt public records under FOIA;

iv. award Plaintiffs attorneys' fees and costs; and

v. award such other relief the Court considers appropriate.

Dated: December 9, 2025

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiffs
JASON LEOPOLD,
BLOOMBERG L.P.

                                           Matthew Topic, D.C. Bar No. IL0037
                                           Stephen Stich Match, D.C. Bar No. MA0044
                                           Merrick Wayne, D.C. Bar No. IL0058
                                           LOEVY & LOEVY
                                           311 North Aberdeen, 3rd Floor
                                           Chicago, IL 60607
                                           312-243-5900
                                           foia@loevy.com