Exhibit 1



An official website of the United States government
Here's how you know

UNITED STATES DEPARTMENT of JUSTICE

FOIA.gov

MENU

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 2349601

# Success!

**Your FOIA request has been created and is being sent to the Central Intelligence Agency.**

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

**Contact the agency**

FOIA Requester Service Center

703-613-1287

Michelle Murphy, FOIA Public Liaison

703-613-1287

Information and Privacy Coordinator, Central Intelligence Agency
Washington, DC 20505

# Request summary

Request submitted on **August 25, 2025**.

The confirmation ID for your request is **2349601**.



> The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

# Contact information

**Name**
Jason Leopold

**Mailing address**


United States

**Phone number**

**Company/organization**
Bloomberg News

**Email**
jasonleopold@gmail.com

## Your request

I request disclosure from the Central Intelligence Agency the following records: 1. All final audits and final reports of investigation, which includes the closing memorandum, referral letter and any recommended action, from the CIA Office of Inspector General. To be clear, I request the full final reports of investigation and the full audits.

## Fees

**What type of requester are you?**
media

**Fee waiver**
yes

**Fee waiver justification**
I am a senior investigative reporter for Bloomberg News and formerly senior investigative reporter for BuzzFeed News and formerly senior investigative reporter and on-air correspondent for VICE News. Additionally, my reporting has been published in The Guardian, The Wall

Street Journal, The Financial Times, Salon, CBS Marketwatch, The Los Angeles Times, The Nation, Truthout, Al Jazeera English and Al Jazeera America. I am filing this request on behalf of myself and Bloomberg News. I request a complete waiver of all search and duplication fees. If my request for a waiver is denied, I request that I be considered a member of the news media for fee purposes. Under 5 U.S.C. §552(a)(4)(A)(iii), "Documents shall be furnished without any charge … if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." Disclosure in this case meets the statutory criteria, as the records sought to detail the operations and activities of government. This request is also not primarily in my commercial request, as I am seeking the records as a journalist to analyze and freely release to members of the public. If I am not granted a complete fee waiver, I request to be considered a member of the news media for fee purposes. I am willing to pay all reasonable duplication expenses incurred in processing this FOIA request. I will appeal any denial of my request for a waiver administratively and to the courts if necessary.

**The amount of money you're willing to pay in fees, if any**
$250

---

# Request expedited processing

**Expedited processing**
no

**Justification for expedited processing**
Reasonably Foreseeable Harm. The FOIA Improvement Act of 2016 amended the FOIA as follows (5 USC 552(a)(8)): (A) An agency shall— (i) withhold information under this section only if— (I) the agency reasonably foresees that disclosure would harm an interest protected by an exemption described in subsection (b); or (II) disclosure is prohibited by law; and (ii) (I) consider whether partial disclosure of information is possible whenever the agency determines that a full disclosure of a requested record is not possible; and (II) take reasonable steps necessary to segregate and release nonexempt information. . . . CIA should not fail to meet the requirements of Section 552(a)(8) when processing my request and release responsive records to me in full or at least in part. INSTRUCTIONS REGARDING SCOPE AND BREADTH OF REQUESTS Please interpret the scope of this request broadly. CIA is instructed to interpret the scope of this request in the most liberal manner possible short of an interpretation that would lead to a conclusion that the request does not reasonably describe the records sought.



## CONTACT

Office of Information Policy (OIP)
U.S. Department of Justice
441 G St, NW, 6th Floor
Washington, DC 20530
E-mail: National.FOIAPortal@usdoj.gov

Hero image credit  CC3.0

| FREQUENTLY ASKED QUESTIONS
| DEVELOPER RESOURCES
| AGENCY API SPEC
| FOIA CONTACT DOWNLOAD
| FOIA DATASET DOWNLOAD
| ACCESSIBILITY
| PRIVACY POLICY
| POLICIES & DISCLAIMERS
| JUSTICE.GOV
| USA.GOV



Central Intelligence Agency

Washington, D.C. 20505

17 September 2025

Jason Leopold

jasonleopold@gmail.com

Reference: F-2025-03164

Dear Requester:

On 26 August 2025, the Office of the Information and Privacy Coordinator received your 25 August 2025 correspondence seeking, under the Freedom of Information Act, **final full audits and reports of investigation, to include, closing memorandum, referral letters and any recommended action from the CIA Office of Inspector General.**

This letter serves to advise you that, during a recent shelf review, we discovered we had not acknowledged receipt of your request. We apologize for this administrative oversight, and assure you that we have placed your request in our queue in the order in which it was received. This office assigned your request the reference number provided above. Citing this number in future correspondence will allow us to more efficiently locate your case information.

In the event that we have questions or require additional information or clarification from you to proceed with processing your request, a representative will contact you. Unless you object, this office will search for CIA-originated records only up to and including the date that the Agency begins its search.

We note your request for a waiver of applicable fees, and as a matter of administrative discretion, this office is waiving fees associated with the administrative phase of your request.

To check the status of your request, please visit: https://www.cia.gov/readingroom/request/status and input the reference number provided above or call this office at (703) 613-1287.

Sincerely,

Stephen Glenn
Information and Privacy Coordinator