UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD and BLOOMBERG L.P., <br><br> Plaintiffs, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, <br><br> Defendant. | Civil Action No. 25-4276 (ABJ) |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's Minute Order of June 12, 2026, Defendant Central Intelligence Agency (the "CIA"), by and through undersigned counsel, respectfully submits this Defendant's Status Report in this the Freedom of Information Act ("FOIA") case.

CIA has completed its responsiveness review and identified records responsive to Plaintiffs' FOIA request. CIA is diligently processing these records and anticipates making an initial production within 90 days of this status report.

The CIA requests a next status report be ordered for October 27, 2026.

* * *

Dated: July 27, 2026
Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Robert J. Morris, II*

ROBERT J. MORRIS, II
D.C. Bar #1719434
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2534
Robert.Morris@usdoj.gov

*Attorneys for the United States of America*

,